| **Information to identify the case:** | | Case Number **19–46230** |
|---|---|---|
| Debtor 1 | **Michael Christopher Dean**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7425**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Meredith Leigh Miller Dean**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5808**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Missouri** | | Date chapter  7 filed **October 3, 2019** |
| Case number:   **19–46230** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Order and Notice of Chapter 7 Bankruptcy Case                                    01/19

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 for prohibited collection actions). This means that creditors generally may not take action to collect debts from the debtors, from the debtors' property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the Court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See section number 9 for more information.)

To protect your rights, consult an attorney.

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the Court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the Court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Michael Christopher Dean | Meredith Leigh Miller Dean |
| **2. All other names used in the last 8 years** | dba The Plastic Merchant | |
| **3. Address** | 3464 Charlestowne Crossing Dr<br>St Charles, MO 63301 | 3464 Charlestowne Crossing Dr<br>St Charles, MO 63301 |
| **4. Debtor's attorney**<br>Name and address | Bryon E Hale<br>Barklage, Brett, & Hamill, P.C.<br>211 North Third Street<br>St. Charles, MO 63301 | Contact phone:  636–949–2120<br>Email:  bhale@barklage–brett.com |
| **5. Bankruptcy trustee**<br>Name and address | Charles W Riske<br>Attorney at Law<br>215 Chesterfield Business Parkway<br>Chesterfield, MO 63005 | Contact phone:  (314) 749–4331<br>Email:  riske@cwrlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                               page **1**

Debtor  **Michael Christopher Dean**  and  **Meredith Leigh Miller Dean**                                                                                                  Case number **19–46230**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 South Tenth Street Fourth Floor St. Louis, MO 63102 Telephone number: (314) 244–4500 McVCIS: 1–866–222–8029, #87 Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov  Office Hours: Monday – Friday 8:30 a.m. – 4:30 p.m. | |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2019 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | Location: **1001 Schroeder Creek Blvd., Wentzville, MO 63385** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Important Deadlines** The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. §727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C §523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under §727(a)(8) or (9). | **Filing deadline: January 14, 2020** The deadline to file such complaints for any creditor added to this case after the date of the initial Notice and Order of Commencement shall be the later of the original deadline or 60 days after the date on the certificate of service of the notice given pursuant to L.R. 1009. |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors unless otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases. |
| **10.** | **Proof of claim** | Deadline for holder(s) of a claim secured by a security interest in the principal residence (Rule 3002(c)(7)(A)):                **Filing Deadline: December 12, 2019**  No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Foreign Creditors** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection by the deadline to object to exemptions. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **13.** | **Abandonment of Property** | At the meeting of creditors, the Trustee may announce the abandonment of specific property of the estate that is burdensome or of inconsequential value. Any objection to this abandonment must be filed in writing with the Clerk's Office and the Trustee within 14 days after the conclusion of the meeting of creditors. |
| **14.** | **Domestic Support Obligation – Child Support** | The holder of any claim for unpaid pre–petition child support is entitled to have the trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and an explanation of the creditor's rights to payment in the Bankruptcy case. Any creditor may request such notice and information by writing the trustee. Such creditor is further entitled to have the trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor,(iii) debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following a discharge. Failure to request such information from the trustee shall be a waiver of the right to receive such notice from the trustee. |

**So Ordered:**

*Charles E Rendlen III*

United States Bankruptcy Judge
**Date:**  October 4, 2019

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi–Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: http://www.moeb.uscourts.gov.

**Debtor information needed at the meeting of creditors:**
- Most recently filed federal and state tax returns (must be provided to trustee at least 7 days before 341 meeting)
- W–2(or W–4) forms
- Deeds to any real estate in which the debtor has any interest
- Savings, checking and investment account statements
- Personal property tax statements
- Life insurance policies on debtor's life or lives of debtor's spouse or children
- Divorce decree or separation agreement
- Documentation supporting the appropriate Statement of Current Monthly Income/Means Test/Form(s)
- Pay stubs or other earnings statements covering the 6–month period prior to the petition date

**Debtor Identification:**
All individual debtors must provide picture identification and proof of social security number (if any) to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed or denial of your discharge, and/or criminal referral. Acceptable forms of picture identification (ID) include an original: 1)driver's license, 2)federal or state government ID, 3)student id, 4)U.S. passport, 5)military ID, or 6)resident alien card. Acceptable forms of proof of social security number include an original: 1)social security card, 2)medical insurance card, 3)pay stub, 4)W–2 form, 5)Internal Revenue Service Form 1099, 6)Social Security Administration report, or 7)statement that such documentation does not exist.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                      page **3**

```
                          United States Bankruptcy Court
                           Eastern District of Missouri
In re:                                                                  Case No. 19-46230-cer
Michael Christopher Dean                                                Chapter 7
Meredith Leigh Miller Dean
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0865-4          User: admin                  Page 1 of 7                  Date Rcvd: Oct 04, 2019
                              Form ID: 309A                Total Noticed: 386


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db/db         +Michael Christopher Dean,    Meredith Leigh Miller Dean,    3464 Charlestowne Crossing Dr,
                St Charles, MO 63301-4892
24355618      +ARSI,    555 St. Charles Drive, Suite 100,    Thousand Oaks, CA 91360-3983
24355619      #Aashiv Shah,    940 Linden Ave,    Apt 122,   Sunnyvale, CA 94086-8811
24355620      +Abbott Osborn Van Vliet PLC,    974 73rd Street,    Suite 20,    West Des Moines, IA 50265-1026
24355621       Abhishek Kochhar,    600 Pine Hollow Rd,    Apt 13-1A,    East Norwich, NY 11732-1031
24355622       Adebavo Oshin,    3504 Stearns Hill Rd,    Waltham, MA 02451-7113
24355623      +Aditya Pandurangi,    950 Franklin St,    Apt 54,   San Francisco, CA 94109-7723
24355624       Agrim Jindal,    4335 Tarlton Way,    Sugarland, TX 77478-5287
24355625       Alaina Barham,    2825 Downing Circle,    Birmingham, AL 35242-4619
24355626       Alan Chu,    988 Franklin St,    Apt 1211,   Oakland, CA 94607-4226
24355627       Alan Lee,    3695 Stevenson Blvd,    Unit 342,    Freemont, CA 94538-2376
24355628       Alan Myrold,    1850 NW Locust St,    Corvallis, OR 97330-1367
24355629       Alan Penner,    8 Baker Ln,    Goleta, CA 93117-1359
24355630      #Alex Barbalat,    253 Arrowhead Way,    Hayward, CA 94544-6649
24355631       Alex Luu,    1367 9th Ave,    Apt 5,    San Francisco, CA 94122-2329
24355632       Alex Paulenoff,    110 4th Ave,    Apt 7C,   Brooklyn, NY 11217-2789
24355635       Alexander Han,    632 Concord Way,    Prospect Heights, IL 60070-3417
24355636       Allan Else, Jr.,    3312 Wilmette Ave,    Wilmette, IL 60091-2961
24355637      +Allegiant Path, LLC,    5700 Southwyck Blvd,    Toledo, OH 43614-1509
24355640       Alwina Moricle,    3279 Suffolk Downs,    Stow, OH 44224-5811
24355642      #Amy Tessin,    2497 San Simon St,    Tustin, CA 92782-8023
24355643       Andrew Churchill,    17608 Zullo Dr,    Poolesville, MD 20837-2145
24355644       Andrew Deblase,    633 Ebersole Rd,    Reading, PA 19605-3290
24355645      #Andrew Hartnett,    4440 Lindell Blvd,    Apt 702,    Saint Louis, MO 63108-2436
24355646       Andrew Schroeder,    818 N Logan St,    Apt 301,    Denver, CO 80203-3121
24355647       Andrey Nauman,    280 Marin Blvd,    Apt 21M,    Jersey City, NJ 07302-4607
24355648       Anna Zaks,    5047 Everton Ave,    Solon, OH 44139-1282
24355649       Anthony Forlizzi,    2 Eisenhower Rd,    Peabody, MA 01960-2204
24355650       Anthony Hunter,    5218 Ellis Godfrey Dr,    Fairfield, CA 94533-1428
24355651       Anthony Smith,    565 S Mason Rd,    Fl 409,    Katy, TX 77450-2437
24355652       Anwar Torres,    76 Cedar St,    Unit 406,    Seattle, WA 98121-4104
24355653       Arnold Lin,    331 Louie Ave,    Lodi, CA 95240-1122
24355654       Asad Jawed,    14338 General Ct,    Plainfield, IL 60544-2429
24355662      ++++BENSON SIM,    4506 64TH ST APT 5R,    WOODSIDE NY 11377-5779
               (address filed with court: Benson Sim,     6314 Queens Blvd,    Apt 5R,    Woodside, NY 11377-5784)
24355656      +BJC Home Infusion,    PO Box 957364,    Saint Louis, MO 63195-7364
24355657       Balachandra Divvela,    5830 Stansbury Smt,    Alpharetta, GA 30005-4319
24355660       Barry Blumenthal,    105 Chickamaw Pl,    Madeville, LA 70471-1610
24355661       Ben Nickel-S'Andrea,    6758 35th Ave SW,    Seattle, WA 98126-3045
24355663       Bethany Walsh,    905 Sunrise Ave,    Bellmore, NY 11710-4531
24355664      +Blitt & Gaines, PC,    707 N. 2nd Street, Suite 306,    Saint Louis, MO 63102-2535
24355665       Brandon Fredman,    1028 Sandstone Dr,    Saint Louis, MO 63146-5032
24355666       Brandr Beekman-Ellner,    8703 Stone Hill Pl,    Springfield, VA 22153-1717
24355667       Brian Crow,    428 Prospect Pl Apt 1R,    Brooklyn, NY 11238-4168
24355668       Brian Johnson,    3732 Pescadero Dr,    Santa Barbara, CA 93105-4478
24355669       Brian Kutnick,    299 Princeton Dr,    Canton, MI 48188-1030
24355670      +Brian Lim,    213 Prospect Ave Bsmt,    Brooklyn, NY 11215-7297
24355671       Brian Wong,    601 E. Micheltorena St,    Unit 68,    Santa Barbara, CA 93103-1986
24355672       Brion Bastian,    2615 Myrtle Ln,    Burlington, KY 41005-7862
24355673      +Bruce DeGrinder,    3528 Barretts Ferry Dr,    Williamsburg, VA 23185-7542
24355674       Bryan Gambrel,    3827 Paxton Ave,    Apt 927,    Cincinnati, OH 45209-2419
24355675       Bryan Mayer,    12 Fairlawn Dr,    Central Islip, NY 11722-4664
24355676       Bryan Weiss,    2697 Carlton Pl NE,    Brookhaven, GA 30319-3621
24355677       Buenaventura Hormazabal,    898 NW 45th Ave,    Apt 36,    Miami, FL 33126-2473
24355678       Cameron Newland,    11018 NE 11th St,    Apt 112,    Bellevue, WA 98004-4576
24355679      #Cameron Todd,    1210 Calhoun St,    New Orleans, LA 70118-6002
24355680       Capital Management Services, LP,    PO Box 120,    Buffalo, NY 14206
24355683       Carlos Ortega Lopez,    7203 Fred Morse Dr,    Austin, TX 78723-1610
24355684       Carols Suarex,    34 Alta St,    Apt C,   Arcadia, CA 91006-3616
24355685       Casey Donnelly,    1163 W Peachtree St NE,    Apt 1715,    Atlanta, GA 30309-4542
24355687      +Centerpointe Hospital,    PO Box 671561,    Dallas, TX 75267-1561
24355689       Chad Thompson,    7834 Broomsage Pl,    Tallahassee, FL 32309-2050
24355690       Chantal Tu,    3663 BRanding Iron Pl,    Dublin, CA 94568-7297
24355691       Charles Doherty,    11420 Hyde Parkway,    Springhill, FL 34609-9607
24355692       Charles Li,    1182 Barrington Ct,    San Jose, CA 95121-2602
24355693       Charles Smith,    121 Braircliff Dr,    Egg Harbor Township, NJ 08234-8208
24355695      +Chase Bank USA, N.A.,    PO Box 6294,    Carol Stream, IL 60197-6294
24355696       Cheng Wang,    38 N. Almaden Blvd,    Unit 1406,    San Jose, CA 95110-2755
24355697      #Chia Yang,    2853 Cedro Ln,    Walnut Creek, CA 94598-3845
24355698       Chih Yoa Huang,    23 Adair Way,    Hayward, CA 94542-7940
24355699       Chih-yu Choa,    1426 32nd Ave,    Seattle, WA 98122-3314
24355700       Chirayu Modi,    99 S. Beech Springs Circle,    The Woodlands, TX 77389-4446
```

```
District/off: 0865-4              User: admin                Page 2 of 7                  Date Rcvd: Oct 04, 2019
                                  Form ID: 309A              Total Noticed: 386

24355701        #Chris Baxter,    3385 Korbel St,    Eugene, OR 97404-3880
24355702         Chris Cheng,    15409 Pescadero Dr,    Wichita, KS 67230-7254
24355703         Chris Sobeck,    1398 Skyline Dr,    Winona, MN 55987-5447
24355704        #Christopher Cardinale,    14205 Consitution Cir,    Apt 11,    Bellevue, NE 68123-6861
24355705         Christopher Carley,    7221 Hyannis Dr,    West Hills, CA 91307-1323
24355706         Christopher Eyin,    9447 Canonbury Sq,    Fairfax, VA 22031-6097
24355707         Christopher Lamele,    5420 Kansas St.,    Unit A,    Houston, TX 77007-1275
24355708         Christopher Weber,    3031 Beth Ct,    Edgewood, KY 41017-9665
24355709         Chun Liang,    12180 164th Ct NE,    Redmond, WA 98052-2399
24355712        +Clinlab,    763 S New Ballas Rd., Ste 160,    Saint Louis, MO 63141-8711
24355714         Curt Scott, II,    43 Kai Makani Loop,    Apt 203,    Kihei, HI 96753-5502
24355715         Cynthia Logsdon,    2478 W 2350 N,    Lehi, UT 84043-5757
24355716        #Daisy Chen,    338 Oak St,    Apt 2,    Mountain View, CA 94041-1262
24355717         Daniel DeBerardinis,    22 Boltwood Ave,    Castleton, NY 12033-1012
24355718         Darnell Pettiford,    1047 Silver Star St,    Henderson, NV 89002-6561
24355719         Darren Otten,    6420 E. Dixileta Dr,    Cave Creek, AZ 85331-6186
24355720         David Lee,    10444 Rockville Pike,    Apt 401,    Rockville, MD 20852-3329
24355721         David Newman,    1853 Serene Way,    Lancaster, PA 17602-7001
24355722        #David Piper,    911 Pretense Way,    Pittsburgh, PA 15203-1214
24355723         David Wallisch,    3210 Summit St,    Kansas City, MO 64111-2711
24355724         Dawn Bloomingdale,    714 Springton Circle,    Upper Chichester, PA 19014-3025
24355725         Derek Wright,    707 Beverley Rd,    Apt 2K,    Brooklyn, NY 11218-3332
24355726        #Derrick Ozuna,    4500 Steiner Ranch Blvd,    Apt 2605,    Austin, TX 78732-2346
24355727         Derrick Teo,    688 110th Ave NE,    Apt S2003,    Bellevue, WA 98004-8448
24355728         Diana Nguyen,    112 McNamee Dr,    Folsom, CA 95630-3292
24355729         Dino Feliciano,    8248 Kenton Ave,    Skokie, IL 60076-2612
24355732        +Distressed Asset Portfolio III, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
24355734         Dominik Buszko,    1369 Sago Ln,    Weston, FL 33327-1628
24355735         Donna Grooms,    296 Hooker Rd,    Chatworth, GA 30705-5904
24355736        #Donna Walker,    9353 Lotus Elan Dr,    Las Vegas, NV 89117-7103
24355737         Duong Huynh,    408 Athol Ave,    Oakland, CA 94606-1418
24355738        #Dustin Hatton,    900 Hargrove Rd,    Apt 36,    Tuscaloosa, AL 35401-4858
24355739         Edward Jason Francisco,    3648 Fountain St,    Camarillo, CA 93012-7713
24355740         Ehsanul Haque,    3727 S 19th Street,    Grand Forks, ND 58201-3445
24355741         Ehtesham Qamar,    5508 Pyramid Ct,    Stockton, CA 95219-7152
24355742        #Elizabeth Funk,    3707 N. Darwin Ave,    Tampa, FL 33603-4607
24355744         Eric Theil,    10531 4S Commons Dr # 232,    San Diego, CA 92127-3517
24355745         Erik Fund,    1342 38th ave,    San Fransico, CA 94122-1337
24355746         Erik Peterson,    5908 Kabaye CV,    Austin, TX 78749-1927
24355747         Estefania Zapata-Garcia,    2300 Pleasant Ave,    Apt 211,    Minneapolis, MN 55404-3241
24355748         Eugene Chung,    1796 Grape St,    Denver, CO 80220-1351
24355752         Floyd Ferrer,    18620 Palo Verde Ave,    Unit B,    Cerritos, CA 90703-9235
24355753         Frank Napolitano,    88 Emma Way,    Poughquag, NY 12570-5662
24355755        +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
24355756        #Gabby Foster,    401 Little Texas Lane,    Apt 2331,    Austin, TX 78745-4551
24355757         Gabe Perez-Giz,    2025 Broadway,    Apt 4F,    New York, NY 10023-5038
24355758         Gabriel Ifems,    3214 Cloverleaf Ct,    Manvel, TX 77578-7824
24355760        #Gaurav Panwar,    18660 N. Cave Creek Rd,    Apt 203,    Phoenix, AZ 85024-4609
24355761        +Glass Mountain Capital LLC,    1930 Thoreau Drive,    Ste. 100,    Schaumburg, IL 60173-4179
24355762         Glen Stansberry,    534 Kansas St,    Lawrence, KS 66046-4822
24355763        +Global Credit & Collection Corp,    4839 N. Elston Ave.,    Chicago, IL 60630-2534
24355764         Grant Thomas,    1613 Parkway Dr,    Rohnert Park, CA 94928-4733
24355765         Gregory Young,    56 E 8th Ave,    Gloversville, NY 12078-2236
24355767         Harsh Shah,    1Hermann Park Ct,    Apt 351,    Houston, TX 77021-2288
24355768         Harshit Patel,    4010 Griffin Trail Way,    Cumming, GA 30041-3202
24355769         Heather Adams,    13348 Apline Cove Dr,    Alpine, UT 84004-1855
24355770         Henry Truong,    420 W San Marcos Blvd,    Unit 150,    San Marcos, CA 92069-5640
24355771         Hiroki Watarai,    83 Woodland Park Dr,    Tenafly, NJ 07670-3029
24355772        +Hood & Stacy, P.A.,    PO Box 271,    Bentonville, AR 72712-0271
24355774         Hunter Threadgill,    2719 6th Ave,    Tuscaloosa, AL 35401-5805
24355776         Igor Khislavsky,    68 Pheasant Landing Rd,    Needham, MA 02492-1000
24355779         Irina Krasnikova,    3140 Oak Rd,    Apt 407,    Walnut Creek, CA 94597-7791
24355780         Jackie Jalley,    1024 Brunes Blvd,    Brownsburg, IN 46112-7983
24355781         Jackson Gor,    1083 Melrose Ave,    Alameda, CA 94502-7066
24355782         Jackson Peterson,    5110 Old Chapel Hill Rd,    Apt 437,    Durham, NC 27707-9102
24355783         Jacky Lau,    129 Hovey Ave,    San Gabriel, CA 91776-3206
24355784         Jacob Etscheid,    1106 9th St.,    Lasalle, IL 61301-1973
24355785         Jacob Levy,    45 Montecito Ct,    Sierra Madre, CA 91024-1972
24355786         James Austin,    25 Sierra St.,    Apt E103,    San Francisco, CA 94107-2868
24355788         James Durkin,    6704 N. Ionia Ave,    Chicago, IL 60646-2837
24355789        #James Fulmer,    11988 Barrel Cooper Ct,    Reston, VA 20191-2319
24355790        +James Nathan Overstreet,    8711 Highway 6 North,    Suite 230,    Houston, TX 77095-2477
24355791         James O'Dwyer,    2255 Sheridan Blvd,    Unit C PMB 321,    Edgewater, CO 80214-1313
24355792         James Thompson,    368 7th Ave,    Apt 1,    San Fransico, CA 94118-2381
24355793         Jane Schwalm,    213 Meadowbrook Rd,    Staunton, VA 24401-3561
24355794         Jason Dietrich,    2310 Quiet Place Dr,    Walnut Creek, CA 94598-4333
24355795        #Jason Rubinstein,    2868 Lindale St,    Wantagh, NY 11793-2309
24355797         Jeffrey Goetz,    101 Lawler Rd,    West Hartford, CT 06117-2620
24355798         Jeffrey Gunn,    124 South Ave SE,    Atlanta, GA 30315-1506
24355799         Jen Stark,    3631 N. Halsted St,    Apt 512,    Chicago, IL 60613-4598
```

```
District/off: 0865-4          User: admin              Page 3 of 7                Date Rcvd: Oct 04, 2019
                              Form ID: 309A            Total Noticed: 386

24355800          Jennifer Branson,    1825 Honey Mesquite ln,     Flower Mound, TX 75028-8221
24355802         #Jeremy Bass,    6201 Twin Oaks Cir,     Dallas, TX 75240-5345
24355803          Jeremy Fox,    1514 Walnut St,     South Milwaukee, WI 53172-1547
24355804          Jo Goh,    11800 SE 68th Pl,     Bellevue, WA 98006-6420
24355805          Jody Medford,    3735 Lakewood Dr,     Waterford, MI 48329-3949
24355806          John Pilafas,    838 S Villa Ave,     Villa Park, IL 60181-3366
24355807          John Farley,    2144 N. Franklin St,     Denver, CO 80205-5359
24355808          John King,    3211 Hemlock Ave,     Austin, TX 78722-1630
24355809          John McDermott,    4122 Cottage Wood Trail,     Tallahassee, FL 32311-4157
24355810          John Mostenan,    118 Riverside Dr,     Apt 8D,    New York, NY 10024-3708
24355811          Jon Nickel-D'Andrea,    6758 35th Ave SW,     Seattle, WA 98126-3045
24355812          Jonathan Dittmar,    9215 Mountain Magnolia Dr,     Riverview, FL 33578-8676
24355813          Jonathan Wang,    225 E 36th St,     Apt 3F,    New York, NY 10016-3666
24355814          Jordan Lee,    392 Christopher Dr,     San Francisco, CA 94131-1014
24355815          Joseph Robertson,    211 Turf Ct,     Saint Louis, MO 63119-4531
24355817          Judy Tonnu,    5453 Plumeria Ln,     Cypress, CA 90630-7912
24355818          Justin Pope,    3201 Esperanza Xing,     Apt 244,    Austin, TX 78758-7863
24355819          Kai-Wen Hsueh,    440 W. 41st St.,     Apt 8L,    New York, NY 10036-6829
24355820          Kalpesh Nandu,    545 Goodwin Dr,     Bolingbrook, IL 60440-2079
24355821          Kan Fu,    1800 Beaumont Dr,     Apt 811D,    Norman, OK 73071-2288
24355822          Karen Reeves,    11816 Soft Rush Ter,     Lakewood Ranch, FL 34202-2086
24355823          Karl Kristiansen,    8914 Stickney Ave,     Wauwatosa, WI 53226-2737
24355824          Karl Swank,    7630 Deercreek Dr,     Columbus, OH 43085-4749
24355825         #Karthikeyan Ramasamy,    18330 N. 79th Ave,     Apt 2173,    Glendale, AZ 85308-8365
24355826          Kaustubh Rudrawar,    1436 Jefferson St,     Santa Clara, CA 95050-4603
24355827         #Kenny Oyama,    3139 W Eastwood Ave,     Chicago, IL 60625-4441
24355828          Kimberly Isaacs,    4695 Watson Dr,     Doylestown, PA 18902-1840
24355829          Kristina Wojtowecz,    35 Gage Ave,     Glenn Falls, NY 12801-2917
24355830          Kungen Lin,    2410 Grant Circle,     Ames, IA 50010-3972
24355831          Kyle Hartley,    15308 Cadoz Dr,     Austin, TX 78728-3521
24355833         +Lawson Hamilton & Associates,    610 N. Glenoaks Blvd Suite 101,     Burbank, CA 91502-1045
24355834         #Leandro Taveras,    510 Bogert Rd,     River Edge, NJ 07661-2133
24355835          Leela Senthil Nathan,    1707 Boylston Ave,     Apt 209,    Seattle, WA 98122-2204
24355836          Leonardo Mocci,    173 Heligan Ln,     Unit 1,    Livermore, CA 94551-6420
24355837          Logan Robinson,    2933 E. 13th St,     Austin, TX 78702-2419
24355838         +Louisa Miller,    3464 Charlestowne Crossing Dr,     Saint Charles, MO 63301-4892
24355655        ++MISSOURI BAPTIST MEDICAL CENTER,    PO BOX 958410,     SAINT LOUIS MO 63195-8410
                 (address filed with court:   BJC Healthcare,    PO Box 958410,     Saint Louis, MO 63195)
24355839         +MRS BPO LLC,    1930 Olney Ave,     Cherry Hill, NJ 08003-2016
24355840         #Magesh Govindan,    2220 W Mission Ln,     Apt 2063,    Phoenix, AZ 85021-2895
24355841          Mario Bianucci,    1430 Summit Ave,     Apt 309,    Seattle, WA 98122-3555
24355842         +Mark Montalette,    2200 Dickson Dr,     Apt 119,    Austin, TX 78704-4751
24355843          Mark Schilling,    209 Woodview Ln,     Woostock, GA 30188-6074
24355844          Mark Schneider,    2224 County Road 541,     Gardener, CO 81040-9730
24355845         +Marty Garcia,    392 State St.,     Apt 101,    North Haven, CT 06473-3172
24355846          Mary Ann Mastri,    2400 Yorktown St,     Apt. 60,    Houston, TX 77056-4534
24355847          Maryna Danielian,    1 Curley Mesquite Cv,     Sunset Valley, TX 78745-2561
24355848          Mats Karlsson,    4381 E Killarney St,     Gilbert, AZ 85298-4149
24355849         #Matthew Ender,    1600 Beacon St.,     Apt 412,    Brookline, MA 02446-2224
24355850          Matthew Garcia,    8745 Greenwood Ave N,     Apt 403,    Seattle, WA 98103-3651
24355851          Matthew Gessford,    6009 Whiffletree Ln,     Midland, MI 48642-0002
24355852          Matthew Willman,    300 S. Kendall Ave,     Independence, MO 64056-1733
24355853          Max Bareiss,    103 Ridge Ct. S.,     Hendersonville, TN 37075-3721
24355855         +McNeilePappas LLC,    14701 East 42nd Street,     Independence, MO 64055-4746
24355857          Mei Li,    512 W Sycamore Cir,     Louisville, CO 80027-2260
24355858          Melanie Siebeneck,    711 Colt Dr,     Findlay, OH 45840-6478
24355859          Michael Belisle,    2547 Anacapa Dr,     Apt 107,    Costa Mesa, CA 92626-6824
24355860          Michael Cheng,    11011 NE 12th St,     Unit 502,    Bellevue, WA 98004-4556
24355861          Michael Doyle,    193 27th St,     San Francisco, CA 94110-4364
24355862          Michael Hamilton,    111 Mildred Ct,     Richmond, KY 40475-1322
24355863          Michael Isoe,    2922 W Trade Ave,     Miami, FL 33133-3764
24355864          Michael Ladin,    620 Main St. N,     Apt 119,    Stillwater, MN 55082-4094
24355865          Michael Linowski,    75 Dogwood Lakes Dr,     Hampton, GA 302282876
24355866          Michael Pranivong,    4225 Shores Ct,     Fort Worth, TX 76137-3878
24355867          Michael Prodanovich,    873 Via Campobello,     Santa Barbara, CA 93111-1225
24355868          Michelle Shen,    1545 Eddy St,     Apt 410,    San Francisco, CA 94115-4172
24355869         +Midland Funding LLC,    PO Box 51319,     Los Angeles, CA 90051-5619
24355870          Mike Skarda,    117 8th St,     Pacific Grove, CA 93950-2908
24355871          Mikhall Galbmillion,    109 S. Broadleigh Rd,     Columbus, OH 43209-1903
24355872          Milap Shah,    3476 Woodhaven Rd,     Philadelphia, PA 19154-1900
24355873          Minhthu Nguyen,    5102 Hillingworth Ct,     Houston, TX 77084-7575
24355876         +Municipal Services Bureau,    PO Box 16755,     Austin, TX 78761-6755
24355878          Nabeel Kirmani,    4201 Massachusetts Ave NW,     Unit A391,    Washington, DC 20016-4701
24355879          Nancy Oliphant,    23303 Sunnyvale Ct,     Valencia, CA 91354-1469
24355880          Natalia Cruz,    3440 Queensbury Rd,     Clarksville, TN 37042-8135
24355881          Nathan Escott,    72 Walnut Dr W,     Bernville, PA 19506-9523
24355882         +Nationwide Credit, Inc.,    PO Box 14581,     Des Moines, IA 50306-3581
24355883          Nethan Roitman,    318 Rindge Ave,     Unit 202,    Cambridge, MA 02140-3149
24355884         #Nicholas Abel,    6369 Meadowview Dr,     Whitestown, IN 46075-4449
24355885          Nick Martin,    201 Dey St,     Apt 161,    Harrison, NJ 07029-1867
```

```
District/off: 0865-4          User: admin              Page 4 of 7             Date Rcvd: Oct 04, 2019
                              Form ID: 309A            Total Noticed: 386

24355886       Nick Vladislavic,    226 F St,    Redwood City, CA 94063-1040
24355887       Nikolas Larsen,    3835 Forest Trail Dr,    Findlay, OH 45840-8204
24355888       Nirav Desai,    13305 Kinder Pass,    Austin, TX 78727-3415
24355889       Nissei Agus,    3766 W 176th St,    Torrance, CA 90504-3348
24355890       Nithya Loganathan,    4355 Grimmer Blvd,    Apt H171,    Fremont, CA 94538-6606
24355891       Oliver Carlson,    2739 Stuart St,    Berkeley, CA 94705-1302
24355892      +One Advantage, LLC,    7650 Magna Drive,    Belleville, IL 62223-3366
24355903     ++PROGRESS WEST HOSPITAL,    PO BOX 958410,    SAINT LOUIS MO 63195-8410
              (address filed with court: Progress West Hospital,    2 Progress Point Parkway,
                O’Fallon, MO 63368)
24355893      +Paul Chouy,    3101 N. J. St,    Apt 42,    Mcallen, TX 78501-1418
24355894       Paul Welden,    932 E. Leeward Ln,    Tempe, AZ 85283-1940
24355895      #Phil Evans,    902 Morningside Dr,    Knoxville, TN 37915-2714
24355896       Phuc Nguyen,    2750 W. Madison Circle,    Anaheim, CA 92801-4997
24355897      +Pittenger Law Group, LLC,    6900 College Blvd, Suite 325,    Overland Park, KS 66211-1513
24355898       Pooja Bhatia,    129 Banwell Ln,    Mount Laurel, NJ 08054-3341
24355900       Praveen Veluswamy,    18660 N. Cave Creek Rd,    Apt 132,    Phoenix, AZ 85024-4606
24355901      +Premiere Credit of North America, LLC,    PO Box 19309,    Indianapolis, IN 46219-0309
24355902      +Prevention First LLC,    763 S New Ballas Rd, Ste 350,    Saint Louis, MO 63141-8707
24355904      +Psych Care Consultants LLC,    5000 Cedar Plaza Pkw #350,    Saint Louis, MO 63128-3859
24355905       Qiao Lin,    560 Riverside Dr,    Apt 19L,    New York, NY 10027-3238
24355906       Rachel Le,    10407 Carolyndale Dr,    Richmond, TX 77407-7931
24355907       Rajesh Reddy,    95 Milland Dr,    Mill Valley, CA 94941-4910
24355908       Rambaby Tanguturu,    1480 US Highway 46,    Apt 343B,    Parsippany, NJ 07054-5905
24355909       Rani Hod,    172 Mason Ter,    Brookline, MA 02446-2772
24355910       Ravi Davuluri,    1000 E 46th St.,    Austin, TX 78751-4126
24355911       Rayne Knudson,    811 Debut Ct,    San Jose, CA 95134-2619
24355912       Rebecca Peters,    3721 Faulkner Dr,    Apt 202,    Lincoln, NE 68516-4764
24355913       Rebecca Scheer,    9405 Charter Dr,    Indianapolis, IN 46250-3443
24355914      +Receivables Performance Management LLC,    20818 44th Ave W, Suite 140,
                Lynnwood, WA 98036-7709
24355915       Rene Sequeria,    1205 La Mesa Dr,    Richardson, TX 75080-3732
24355916       Renju Nair,    4952 W Marcus Dr,    Phoenix, AZ 85083-5423
24355917      +Richard Kho,    2555 31st Ave,    San Francisco, CA 94116-2935
24355918       Richmond Wu,    1706 NE 24th St,    Renton, WA 98056-2263
24355919       Rita May Dumaguing,    220 Greenwood Ave,    Booklyn, NY 11218-1028
24355921       Robert Duke,    3215 Cambridge Rd,    Charlotte, NC 28209-1201
24355922      #Robert Mun,    770 S. Grand Ave,    Apt 6035,    Los Angeles, CA 90017-3954
24355923       Robert Stephenson,    3240 Kinross Cir,    Oak Hill, VA 20171-3320
24355924       Rodrigo Lopez,    8323 229th Dr. NE,    Redmond, WA 98053-1963
24355925       Rohit Kedia,    4429 Falling Acorn Cir,    Lake Mary, FL 32746-4756
24355926       Rohit Rajiv Sane,    1160 W Taylor St,    Apt 2R,    Chicago, IL 60607-4213
24355927       Ronald Harvey,    114 Stargate Dr,    Madison, AL 35758-3020
24355928       Ruslan Kras,    3102 Sitio Isadora,    Carlsbad, CA 92009-7123
24355929       Russell Horan,    1116B 21st Ave S,    Seattle, WA 98144-2928
24355930       Ryan Flanigan,    8241 Peaceful Canyon Dr,    Las Vegas, NV 89128-7924
24355931       Ryan Fox,    6922 Crockett Ridge Dr,    Richmond, TX 77406-5253
24355932     #+Ryan North,    474 Warren St,    Apt 604,    Jersey City, NJ 07302-7080
24355933       Ryan Smith,    13562 San Georgio Dr,    Estero, FL 33928-6465
24355934       Ryo Takano,    127 Greyrock Plz,    Apt PL3,    Stamford, CT 06901-3106
24355957     ++SAINT LOUIS CHILDREN’S HOSPITAL,    PO BOX 958410,    SAINT LOUIS MO 63195-8410
              (address filed with court: St. Louis Childrens Hospital,    1 Childrens Place,
                Saint Louis, MO 63110)
24355935      +SSM Health St. Joseph Hostpital - St. Charles,    PO Box 776236,    Chicago, IL 60677-6236
24355936       Sam Tallam,    135 Fallen Leaf Ct,    Aplharetta, GA 30005-6795
24355937       Samir Chapra,    955 Lawrence Rd,    Lawrenceville, NJ 08648-3898
24355938       Scott Gruber,    1065 Crown Pointe Circle,    Suamico, WI 54173-8077
24355939     #+Scott Rowe,    820 Casanova Ave,    Apt 28,    Monterey, CA 93940-6883
24355941       Sean Blair,    1660 21st Rd N,    Apt 10,    Arlington, VA 22209-1159
24355942      #Senjaya Harianto,    803 Harrell Ave,    Woodbridge, NJ 07095-3240
24355943       Shao Liu Epstein,    11124 Sceptre Ridge Ter,    Germantown, MD 20876-6342
24355944       Sharon Brady,    21076 Sydenham Rd,    Shaker Heights, OH 44122-2930
24355946       Shih Chiang Teng,    4422 E. Ashurst Dr,    Phoenix, AZ 85048-0128
24355947       Shih Wang,    7420 Newcastle Gulf Club Rd,    Unit G,    Newcastle, WA 98059-9144
24355948       Shimei Zhang,    8703 Hovey St,    Rosemead, CA 91770-1343
24355949       Sivaprasad Mokkapati,    3907 Hidden Grove Ln,    Conceord, CA 94519-1161
24355950      +Spectrum,    1600 Dublin Rd,    Columbus, OH 43215-2098
24355951       Spencer Ferrero,    1635 Brockton Ave,    Apt 3,    Los Angeles, CA 90025-3737
24355952       Srikanth Mutyala,    4445 Alvin Dark Ave,    Apt 108,    Baton Rouge, LA 70820-3053
24355953       Srinivas Guttala,    22623 Shining Harness St,    Clarksburg, MD 20871-5324
24355954       Srinivas Vajhala,    7317 Joshua Tree Trail,    McKinney, TX 75070-4423
24355956      +St. Charles County Circuit Court,    300 N. 2nd Street,    Saint Charles, MO 63301-0273
24355958       St. Louis Women’s Surgery Center,    864 Woods Mill Rd.,    Ballwin, MO 63011
24355959       Stephen Ennis,    102 Woodstock Ln,    Greer, SC 29650-3918
24355960       Stephen Pascarella,    5202 W 121st St,    Overland Park, KS 66209-3500
24355961       Stephen Pepper,    411 Walnut St,    Green Cove Springs, FL 32043-3443
24355962       Stephen Thompson,    130 S. Front St,    Apt 305,    Memphis, TN 38103-3635
24355963       Steven Holland,    3942 45th Street,    Sunnyside, NY 11104-2104
24355964       Steven Lee,    1490 Dorner Dr,    Monterey Park, CA 91754-6030
24355965       Steven Matthews,    15450 Sandfield Loop,    Winter Garden, FL 34787-9809
```

```
District/off: 0865-4          User: admin              Page 5 of 7              Date Rcvd: Oct 04, 2019
                              Form ID: 309A            Total Noticed: 386


24355966      Sumit Talwar,    14 Glenview Dr,    Warren, NJ 07059-5484
24355967      Sundeep Meda,    3622 215th Pl SE,    Bothell, WA 98021-7085
24355968      Sunil Saripalli,    297 Turnpike Rd,    Apt 811,    Westborough, MA 01581-2825
24355969      Sunit Pandya,    663 N Sangamon St,    Apt 5S,    Chicago, IL 60642-6078
24355970      Susan Osuilleabhain,    5856 Bedrock Dr,    Plano, TX 75093-4660
24355971      Sylvia Moran,    10325 Linfield Pl,    Las Vegas, NV 89134-5140
24355973      Tan Tran,    117Julia Martin Dr,    Apt E,    Bozeman, MT 59715-4960
24355974     #Taylor Eiford,    60 E 8th Ave,    Apt 454,    Columbus, OH 43201-3864
24355976      Terry Mock,    400 Mar Vista Dr,    Apt 6,    Monterey, CA 93940-4359
24355977      Thirulogachandar Medampalli,    10821 Northoak Sq,    Cupertino, CA 95014-0521
24355978      Thomas Carnevale,    69 Smith Ave,    Greenville, RI 02828-1721
24355979      Tim Rutherford,    9567 Deerhorn Ct,    Apt 17,    Parker, CO 80134-3104
24355981      Toa Yang,    137 White Spruce Dr,    Coppell, TX 75019-7972
24355982      Tommy Yu,    1776 S Norfolk St,    San Mateo, CA 94403-1153
24355983      Trang Nguyen,    14918 Sandalfoot St,    Houston, TX 77095-2819
24355984      Troy Thornburg,    5707 Parkstone Dr,    Charlotte, NC 28104-0564
24355985      Tyler Lovellette,    511 Druid Ln,    Chattanooga, TN 37405-4039
24355986      Tyson Scheidecker,    5005 Aspen Dr,    West Des Moines, IA 50265-2724
24355987      Umair Khalid,    1633 Trailview Way NE,    Brookhaven, GA 30329-1537
24355988     +Unifund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
24355989     +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
24355990      Usama Makda,    9221 Linder Ave,    Skokie, IL 60077-1134
24355991      Vadim Ratner,    810 Gordon Ave,    Belmont, CA 94002-2312
24355992      Vagmita Pabuwal,    12716 SE 74th St,    Newcastle, WA 98056-1312
24355993      Vanessa Velez,    1192 Mitchell Ave,    Apt 118,    Tustin, CA 92780-5643
24355995      Vincent Tong,    14221 Lutheria Way,    Saratoga, CA 95070-5979
24355996      Vivek Ravi,    2121 Tannehill Dr,    Apt 2031,    Houston, TX 77008-3136
24355997    #+Vyacheslav Kraplin,    147 Turner Rd,    Unit 108,    Holliston, MA 01746-1280
24355998      Walter C Geckeler,    3018 College Ave,    Berkley, CA 94705-2506
24355999      Wangdong Chen,    5523 Playa Del Rey,    San Jose, CA 95123-1330
24356000     +Washington University Physicians,    PO Box 505462,    Saint Louis, MO 63150-5462
24356002     +Wei-Chen Cheng,    5951 Gentle Call,    Clarksville, MD 21029-1233
24356003      William Card,    1543 Jeffries Way,    Midlothian, VA 23114-4324
24356004     +William Chen,    135 E 54th St,    New York, NY 10022-4508
24356005      William Curley,    6662 Blackwood St,    Riverside, CA 92506-6247
24356006      William Dewitt,    230 Terra Vista St,    Brighton, CO 80601-4170
24356007      William Harrop,    3834 Red Hill Rd,    Charlottesville, VA 22903-7917
24356008     +Women’s Care Consultants,    3023 N Ballas, Ste 120D,    Saint Louis, MO 63131-2357
24356009      Xiaotian Austin,    3505 Matthew Dr,    Bloomington, IL 61704-8654
24356010      Xiaoyang Olson,    9331 16th Dr W,    Everett, WA 98204-2147
24356011      Xiaoyi Yu,    109 Mountain Violet,    Irvine, CA 92620-3103
24356012      Xuan Wang,    5646 N. Willard Ave,    Apt E,    San Gabriel, CA 91776-1634
24356013     #Yi Xia,    607 N. Cayuga St,    Apt 1R,    Ithaca, NY 14850-3675
24356014     #Yihao Wong,    3450 N. Ridgewood St,    Apt 403,    Wichita, KS 67220-4429
24356015      Yoa Li,    4008 Sloanwood Dr,    Murrysville, PA 15668-1042
24356016      Youngjae Byun,    432 Golden Meadows Circle,    Sunwanee, GA 30024-2268
24356017      Yu-Sheng Lo,    3500 Greystone Dr,    Apt 251,    Austin, TX 78731-2306
24356018      Yuqing Peterson,    180 Sylvian Way,    Los Altos, CA 94022-2254
24356019      Zachary Finkelstein,    425 Eashington Blvd.,    Apt 2204,    Jersey City, NJ 07310-2051
24356020      Zachary Koontz,    325 Bent Creek Dr,    Garland, TX 75040-1137
24356021      Zack Arnson-Serotta,    8715 1st Ave,    Apt 127C,    Silver Spring, MD 20910-3529
24356022     +Zhi Zheng,    2000 Lakeshore Dr,    New Orleans, LA 70148-3520
24356024     +Zwicker & Associates, P.C.,    80 Minuteman Rd,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bhale@barklage-brett.com Oct 05 2019 01:47:07      Bryon E Hale,
                 Barklage, Brett, & Hamill, P.C.,    211 North Third Street,    St. Charles, MO  63301
tr             +EDI: BCWRISKE.COM Oct 05 2019 05:38:00      Charles W Riske,    Attorney at Law,
                 215 Chesterfield Business Parkway,    Chesterfield, MO 63005-1207
ust             E-mail/Text: ustpregion13.sl.ecf@usdoj.gov Oct 05 2019 01:48:03       Office of US Trustee,
                 111 S Tenth St, Ste 6.353,    St. Louis, MO 63102-1127
24355639       +EDI: URSI.COM Oct 05 2019 05:38:00      Alltran Financial, LP,    PO Box 722929,
                 Houston, TX 77272-2929
24355641       +EDI: AMEREXPR.COM Oct 05 2019 05:38:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
24355658       +EDI: BANKAMER.COM Oct 05 2019 05:38:00      Bank of America,    PO Box 851001,
                 Dallas, TX 75285-1001
24355659       +EDI: TSYS2.COM Oct 05 2019 05:38:00      Barclays Bank Delaware,    PO Box 8801,
                 Wilmington, DE 19899-8801
24355681       +E-mail/Text: cms-bk@cms-collect.com Oct 05 2019 01:47:26       Capital Management Services, LP,
                 PO Box 120,    Buffalo, NY 14220-0120
24355682       +EDI: CAPITALONE.COM Oct 05 2019 05:38:00      Capital One Services, LLC,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
24355686       +E-mail/Text: bankruptcy@cavps.com Oct 05 2019 01:47:43       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
24355688       +E-mail/Text: hcaudle@cphmo.net Oct 05 2019 01:47:34       Centerpointe Physician Services,
                 4801 Weldon Springs Parkway,    Saint Charles, MO 63304-9101
24355694       +EDI: CHASE.COM Oct 05 2019 05:38:00      Chase Bank USA, N.A.,    PO Box 15123,
                 Wilmington, DE 19850-5123
```

```
District/off: 0865-4                  User: admin                   Page 6 of 7                     Date Rcvd: Oct 04, 2019
                                      Form ID: 309A                 Total Noticed: 386


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24355710        +EDI: CITICORP.COM Oct 05 2019 05:38:00      Citibank, N.A.,   PO Box 790040,
                 Saint Louis, MO 63179-0040
24355711        +EDI: CITICORP.COM Oct 05 2019 05:38:00      Citibank, N.A.,   PO Box 790040,
                 St. Louis, MO 63179-0040
24355713        +E-mail/Text: stacy@consumercollection.com Oct 05 2019 01:47:46
                 Consumer Collection Management,   PO Box 1839,   Maryland Heights, MO 63043-6839
24355731         EDI: DISCOVER.COM Oct 05 2019 05:38:00      Discover Bank,   PO Box 3008,   New Albany, OH 43054
24355730        +E-mail/Text: bknotices@mbandw.com Oct 05 2019 01:47:44     Direct Checks Unlimited Sales, Inc.,
                 c/o McCarthy, Burgess & Wolff, Inc.,   26000 Cannon Road,   Bedford, OH 44146-1807
24355749        +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 05 2019 01:47:51      Fifth Third Bank,
                 1830 East Paris SE,   MDRSCB3E-RV,   Grand Rapids, MI 49546-6253
24355750        +E-mail/Text: data_processing@fin-rec.com Oct 05 2019 01:47:26
                 Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
24355751        +EDI: FSAE.COM Oct 05 2019 05:38:00      Firstsource Advantage, LLC,   205 Bryant Woods South,
                 Amherst, NY 14228-3609
24355754        +E-mail/Text: Banko@frontlineas.com Oct 05 2019 01:48:03      Frontline Asset Strategies,
                 2700 Snelling Ave N.,   Ste 250,   Saint Paul, MN 55113-1783
24355775        +EDI: IIC9.COM Oct 05 2019 05:38:00      IC System,   PO Box 64437,   St. Paul, MN 55164-0437
24355777        +E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Oct 05 2019 01:48:03
                 Indiana Department of Revenue,   PO Box 7206,   Indianapolis, IN 46207-7206
24355778        +EDI: IRS.COM Oct 05 2019 05:38:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
24355854        +E-mail/Text: bknotices@mbandw.com Oct 05 2019 01:47:44     McCarthy, Burgess & Wolff,
                 26000 Cannon Road,   Bedford, OH 44146-1807
24355856        +EDI: PARALONMEDCREDT Oct 05 2019 05:38:00      Medicredit, Inc.,   PO Box 1629,
                 Maryland Heights, MO 63043-0629
24355874        +E-mail/Text: ecfnotices@dor.mo.gov Oct 05 2019 01:47:13      Missouri Department of Revenue,
                 PO Box 500,   Jefferson City, MO 65106-0500
24355994        +EDI: VERIZONCOMB.COM Oct 05 2019 05:38:00      Verizon Wireless,
                 500 Technology Drive, Suite 550,   Saint Charles, MO 63304-2225
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24355633       ##Alex Sun,   75 Orangewood Ct,   Redlands, CA 92373-1443
24355634      ##+Alex Yarmulnik,   160 Morgan St,   Apt 1212,   Jersey City, NJ 07302-6252
24355638       ##Allison Adams,   1856 Solera Dr,   Columbus, OH 43229-2743
24355733       ##Dmitri Alechkevitch,   40 Waterside Plz,   Apt 23J,   New York, NY 10010-2633
24355743       ##Eric Dai,   9001 Markville Dr,   Apt 1037,   Dallas, TX 75243-9372
24355759       ##Gaurav Aggarwal,   7525 Tree Ln,   Apt. 325 H,   Madison, WI 53717-2066
24355766       ##Hanlong Wang,   2715 Alma St,   Palo Alto, CA 94306-2305
24355773       ##Hrvoje Santic,   3213 River Park Ln S,   Apt 1226,   Fort Worth, TX 76116-1127
24355787       ##James Duchnowski,   7206 Thannas Way,   Austin, TX 78744-5020
24355796       ##Jeff Perkins,   5605 Central Ave,   Bonita, CA 91902-2821
24355801       ##Jennifer Schroeder,   2040 W Belmont Ave,   Apt 301,   Chicago, IL 60618-6486
24355816       ##Joshua Schuman,   1707 Logmill Ln,   Gaithersburg, MD 20879-3263
24355832       ##Lance Miller,   1701 N. Kent St,   Apt 1003,   Arlington, VA 22209-2108
24355875       ##Moiz Aly Manji,   8054 Exchange Dr,   Apt 607,   Austin, TX 78754-4750
24355877       ##Murtuza Cutleriwala,   422 Tortola Way,   San Jose, CA 95133-2342
24355899       ##Prabakaran Rajendran,   2318 Harpoon Ct,   Henrico, VA 23294-4903
24355920       ##Ritesh Gaba,   60 Descanso Dr,   Unit 3119,   San Jose, CA 95134-1824
24355940       ##Scott Stephan,   1870 Larkspur Dr,   Golden, CO 80401-9114
24355945       ##Shawn Coomer,   5237 Pack Creek Ct,   North Las Vegas, NV 89031-3425
24355955       ##Srinivasu Seelam,   2709 Trappers Cove Trail,   Apt 1B,   Lansing, MI 48910-5781
24355972       ##Tan Pham,   4 Sherbrook Ave,   Fl 2,   Worcester, MA 01604-1123
24355975       ##Terrence Donohue,   2 Park Pl,   Apt 21C,   Hartford, CT 06106-5017
24355980       ##Timothy Janssen,   2483 Packard St,   Apt N,   Ann Arbor, MI 48104-6386
24356001       ##Wei Wang,   23 Puchala Dr,   Parlin, NJ 08859-3141
24356023       ##Zhiheng  Xu,   69 Dixon Dr,   Tonawanda, NY 14223-1834
                                                                                   TOTALS: 0, * 0, ## 25
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0865-4              User: admin              Page 7 of 7              Date Rcvd: Oct 04, 2019
                                  Form ID: 309A            Total Noticed: 386
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Bryon E Hale    on behalf of Debtor Michael Christopher Dean bhale@barklage-brett.com,
           aflorian@barklage-brett.com
          Bryon E Hale    on behalf of Debtor Meredith Leigh Miller Dean bhale@barklage-brett.com,
           aflorian@barklage-brett.com
          Charles W Riske    riske@cwrlaw.com, MO30@ecfcbis.com
          Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
                                                                                       TOTAL: 4
```