George F. McLaughlin III
44 Angelina Lane
Mansfield, MA 02048

October 7, 2019

**Notice of Withdrawal of Claim**

To Whom It May Concern;

I wish to withdraw the claim filed against Michael and Meredith Dean (case #19-46230) using the creditor name "Michael Christopher Dean dba The Platic Merchant".

I changed the creditor name to my name, but the system apparently make the change. I am filing a new claim with the correct credit name.

Signed,
George F McLaughlin III