Certificate Number: 14912-MOE-DE-033738910

Bankruptcy Case Number: 19-46230



14912-MOE-DE-033738910

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2019, at 6:31 o'clock PM EST, Michael Dean completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:   November 22, 2019         By:     /s/Jai Bhatt

                                  Name:   Jai Bhatt

                                  Title:  Counselor