Certificate Number: 14912-MOE-DE-033738909

Bankruptcy Case Number: 19-46230



14912-MOE-DE-033738909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 22, 2019</u>, at <u>6:31</u> o'clock <u>PM EST</u>, <u>Meredith Dean</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Missouri</u>.

Date:   <u>November 22, 2019</u>          By:   <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title:  <u>Counselor</u>