Certificate Number: 14912-MOE-DE-033738909

Bankruptcy Case Number: 19-46230



14912-MOE-DE-033738909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2019, at 6:31 o'clock PM EST, Meredith Dean completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:   November 22, 2019          By:   /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title:  Counselor