UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                )
Business of the Court                 )
                                      )
                                      )
                                      )
                                      )
                                      )

**ORDER**

Upon the Court's own motion,

**IT IS ORDERED** that the Clerk is to transfer this case from the Honorable Charles E. Rendlen, III, to the Honorable Kathy A. Surratt-States, and that the last three digits of the case number shall in the future be designated as "659" rather than "705." The complete list of transferred cases may be found on the Court's website at www.moeb.uscourts.gov.

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

DATED: May 22, 2020
St. Louis, Missouri