**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-46230 |
| MICHAEL & MEREDITH DEAN, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtors. | ) | |

## **MEMORANDUM**

PLEASE TAKE NOTICE pursuant to Local Rule 1009.A. that the Debtors have filed their Amended Schedule E/F, Declaration About an Individual Debtor's Schedules, Creditor Matrix, and Verification of Creditor Matrix. The Amended Schedules add the following six creditors:

RetailMeNot
301 Congress Ave, Suite 700
Austin, TX 78701

Raise Marketplace LLC
36 S. Wabash Ave, Suite 425
Chicago, IL 60603

CardCash
990 Cedarbridge Ave
Brick, NJ 08723

Giftcard Mart
5201 Eden Ave, Suite 300
Minneapolis, MN 55436

Ryan Chan
7 Nollet Dr
Andover, MA 01810

Amol Koldhekar
660 Ralph McGill Blvd NE, #4222
Atlanta, GA 30312

The Amended Schedules also correct the mailing address of Creditor Eric Dai, as follows:

Eric Dai
9715 Summerwood Cir
Dallas, TX 75243

**BARKLAGE, BRETT & HAMILL, P.C.**

By: /s/ *Bryon E. Hale*
Bryon E. Hale  64883MO
211 North Third Street
St. Charles, Missouri  63301
(636) 949-2120 - Telephone
(636) 949-8786 - Facsimile
bhale@barklage-brett.com
*Attorney for Debtors*