UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re:  MICHAEL & MEREDITH DEAN,

                Debtors

Case No.  19-46230
Chapter 7

**NOTICE OF AMENDMENT TO SCHEDULES AND/OR MATRIX TO ADD CREDITOR(S)**

To:   Creditor(s) listed below:

RetailMeNot
301 Congress Ave, Suite 700
Austin, TX 78701

Raise Marketplace LLC
36 S. Wabash Ave, Suite 425
Chicago, IL 60603

CardCash
990 Cedarbridge Ave
Brick, NJ 08723

Giftcard Mart
5201 Eden Ave, Suite 300
Minneapolis, MN 55436

Ryan Chan
7 Nollet Dr
Andover, MA 01810

Amol Koldhekar
660 Ralph McGill Blvd NE, #4222
Atlanta, GA 30312

1. _X_ **Amended Schedules**
   _X_ **Amended Creditor Matrix and Verification of Matrix**
   You are hereby notified that the above Debtor(s) filed Amended Schedules and/or Matrix and added you as a creditor in this case.  The following documents are attached for you.  *(Check all that are attached)*
   _X_   A copy of the most recently filed Schedule listing you as a creditor;
   _X_   A copy of the original Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines <u>showing the debtors' full social security number</u>;
   ___   A copy of any order or notice that set a deadline by which proofs of claim are or were to be filed along with a proof of claim form, if applicable.

2. **Claims**.  You are further notified that:  *(Check one option)*
   _X_   This is a no-asset case.  It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.
   ____   This is an asset case.   You may file a proof of claim by the deadline specified in the order or notice that set a deadline by which proofs of claim are or were to be filed, or within 30 days of the date of service of this notice, whichever is later.

3. **Discharge.**  You are further notified that you may file a complaint to determine dischargeability pursuant to 11 U.S.C. ' 523(c) or to object to discharge pursuant to 11 U.S.C. ' 727(c) not later than sixty (60) days after the date on the certificate of service of this notice, or within the time originally set for filing such a complaint, whichever is later.

Date:  _8/5/2020_____

____/s/ Bryon E. Hale_____
Bryon E. Hale, 64883MO
Attorney for Debtors
Barklage, Brett & Hamill, PC
211 N. Third Street
St. Charles, MO 63301
636-949-2120
bhale@barklage-brett.com

**Certificate of Service**

I, Bryon E. Hale, certify the above Notice and a copy of the designated documents were served on the listed creditors(s) by first-class, postage prepaid mail, on this 5th day of August, 2020.
*(If the creditor names do not appear above, list them below)*

                                                ___/s/ Bryon E. Hale_____
                                                Typed Name or Signature